1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK RANTISSI, | Case No. 2:13-cv-01186-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| TAYLOR BEAN & WHITAKER MORTGAGE CORP, *et al.*, | |
| Defendants. | |

Defendants' Motion to Dismiss [Dkt #5] contends that Plaintiff has filed nearly identical actions in both the state court and federal court.  Subsequently, Plaintiff filed two additional state court lawsuits.  The state court dismissed two of those lawsuits and entered Summary Judgment against Plaintiff in the other. (Dkt. #31 at 3:1-16.)  The state court complaints were near mirror images of Plaintiff's federal court complaint; the actions concerned the same property and sought identical relief, and cumulatively were filed against the same parties.  Because the state court matters were addressed and resolved by the state court (including through entry of Summary Judgment against Plaintiff, see Dkt. #31-2), those decisions have res judicata and collateral estoppel effects concerning the property and claims that are the subject of this federal court lawsuit.  Plaintiff is not entitled to relitigate claims in different courts seeking to obtain a different result.

Accordingly, Defendants' Motion to Dismiss [Dkt. #5] is GRANTED.   Plaintiff's various motions [Dkt. ##12, 18, and 21] are DENIED as moot.

The Clerk of the court is directed to enter judgment accordingly.

Dated:  January 9, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE